No. 598, Misc. SHOTKIN ET AL. *v.* DENVER PUBLISH-
ING CO. ET AL.; and

No. 615, Misc. SMITH *v.* WITSELL. Applications de-
nied.

No. 614, Misc. LEMMONS *v.* FOSTER, WARDEN. Mo-
tion for leave to file petition for certiorari denied.

No. 633, Misc. HILLIARD *v.* UNDERWOOD, U. S. DIS-
TRICT JUDGE; and

No. 637, Misc. McINTOSH *v.* STEELE, WARDEN. The
motions for leave to file petitions for writs of mandamus
are denied.

*Certiorari Granted.*

No. 711. PARKER ET AL. *v.* COUNTY OF LOS ANGELES
ET AL.; and

No. 712. STEINER *v.* COUNTY OF LOS ANGELES ET AL.
District Court of Appeal, 2d Appellate District, of Cali-
fornia. Certiorari granted. *Lee Pressman, A. L. Wirin*
and *Fred Okrand* for petitioners. *Harold W. Kennedy*
for respondents.

No. 743. O'DONNELL, ADMINISTRATRIX, *v.* ELGIN,
JOLIET & EASTERN RAILWAY CO. C. A. 7th Cir. Cer-
tiorari granted. *Joseph D. Ryan* for petitioner. *Harlan
L. Hackbert* for respondent.

No. 762. COLE ET AL. *v.* ARKANSAS. Supreme Court
of Arkansas. Certiorari granted. *Arthur J. Goldberg*
and *Thomas E. Harris* for petitioners. *Ike Murry,* Attor-
ney General of Arkansas, *Wyatt Cleveland Holland* and
*Jeff Duty,* Assistant Attorneys General, for respondent.